

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2021

No. 04-19-00745-CR

Miguel G. **MARTINEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

Sitting:    Rebeca C. Martinez, Chief Justice
           Luz Elena D. Chapa, Justice
           Liza A. Rodriguez, Justice

The trial court heard defendant's motion to suppress on August 5, 2019. *See* Reporter's Record Volume 2, pages 196-201. During that hearing, the trial court admitted into evidence State's Exhibit 1, a certified copy of the search warrant and affidavit that was the subject of the hearing. *Id.* page 196. The reporter's record does not list the exhibit in the index and does not contain a copy of the exhibit. The exhibit is material to an issue in the appeal.

We therefore order the court reporter, Erminia Uviedo, to file **by July 6, 2021,** a supplemental record containing State's exhibit 1 from the suppression hearing.

It is so **ORDERED** on June 30, 2021.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court